

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-13-00222-CR, 04-13-000223-CR, 04-13-000224-CR & 04-13-000225-CR

Francisco R. **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2010CR0819, 2011CR2469, 2012CR2586 & 2012CR3718A
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED May 22, 2013.

Catherine Stone, Chief Justice